IN THE COURT OF COMMON PLEAS OF BLAIR COUNTY,
PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE SMITH and GARY SMITH, her husband, | ) ) ) | CIVIL ACTION – LAW |
| Plaintiffs, | ) ) | NO.: 2010 GN 3357 |
| v. | ) ) | |
| BRIDGESTONE RETAIL OPERATIONS, LLC t/d/b/a FIRESTONE COMPLETE AUTO CARE, | ) ) ) ) ) | CODE: |
| Defendant. | ) ) | JURY TRIAL DEMANDED |

## COMPLAINT IN CIVIL ACTION

AND NOW, come the Plaintiffs, Darlene Smith and Gary Smith, her husband, by and through their attorneys, Henry H. Wallace, Esquire and Nathaniel B. Smith, Esquire, and file this COMPLAINT IN CIVIL ACTION against the Defendant upon causes of action, of which the following are a statement.

1. Plaintiffs Darlene Smith and Gary Smith are husband and wife, who reside at 501 West Allegheny Street, Apartment 1, Martinsburg, Pennsylvania 16662.

2. Defendant Bridgestone Retail Operations, LLC t/d/b/a Firestone Complete Auto Care is a corporation (hereinafter called "Firestone Complete Auto Care"), whose principal place of business is located at 333 East Lake Street, Bloomington, Illinois with a registered agent in Pennsylvania named National Registered Agents, Inc., with an address of 200 West Adams Street, Chicago, Illinois 60606.

3. At all times relevant hereto, Defendant Firestone Complete Auto Care was engaged in the sales and service of automobile tires and related equipment in the Commonwealth of Pennsylvania, in Blair County.


DEFENDANT'S EXHIBIT "A"

4. On January 30, 2008 Plaintiff, Darlene Smith, purchased a "Firestone Tire Package" containing two (2) new Firestone FR380 tires at the Defendant's location of 181 Sierra Street, Altoona, Pennsylvania 16601. A copy of Defendant's invoice is attached hereto and marked Exhibit "A."

5. At all times relevant hereto, the Defendant Firestone Complete Auto Care was engaged in the business of marketing and selling tires, such as and including those sold to Plaintiff.

6. On or about June 30, 2008, the left rear tire that Plaintiff had purchased from Defendant went flat. Defendant repaired it for no charge. A copy of Defendant's invoice is attached hereto and marked Exhibit "B."

7. On or about September 14, 2008, Plaintiffs were riding in their blue 2005 Chevrolet Impala with the tires purchased from Defendant installed on the rear wheels, when the right rear tire malfunctioned causing the vehicle to rollover, causing serious personal injury to Plaintiff Darlene Smith.

## COUNT I - STRICT LIABILITY

*DARLENE SMITH and GARY SMITH, her Husband*
*v.*
*BRIDGESTONE RETAIL OPERATIONS, LLC t/d/b/a*
*FIRESTONE COMPLETE AUTO CARE*

8. Plaintiffs hereby incorporate by reference thereto all the allegations contained in paragraphs one (1) through seven (7), inclusive to the same force and effect as if the same were set forth herein at length.

9. At all times relevant hereto, the aforementioned right rear tire was being used in a manner reasonably foreseeable by Defendant.

10. The aforesaid right rear tire was expected to and did reach the ultimate consumer, Plaintiff, Darlene Smith, in the defective condition in which it was sold.

11. At all times relevant hereto, Defendant knew or should have known that the right rear tire was defectively dangerous and could cause serious or fatal injuries to a person occupying a motor vehicle on which it was mounted.

12. The Defendant is liable to Plaintiffs in this cause of action based upon the theory of strict liability as set forth in §402(a) of the Restatement (Second) of Torts for the following reasons:

    a. In selling a defective tire;

    b. In selling said tire, which malfunctioned during its intended use;

    c. In failing to recall and/or retrofit or otherwise remedy its dangerously defective tire;

    d. In failing to provide notification to users of the potential hazard inherent in the use of its defective tire;

    e. In selling said tire which was dangerously defective in that it would not perform and protect people from injury as safely as an ordinary consumer would expect;

    f. In selling said tire without all elements and warnings necessary to make it safe;

    g. In selling said tire with elements, which made it unsafe; and

    h. In failing to do everything necessary to make its tire safe for its intended use.

13. In addition, Defendant is strictly liable to Plaintiffs on a cause of action as set forth in the Restatement (Second) of Torts, §402(b), in that it made to Plaintiffs through advertising and other means, misrepresentations of material facts concerning the character and quality of the aforesaid tire at a time when the Defendant was engaged in the business of selling said tires.

14. Plaintiffs relied upon said misrepresentations and as a result suffered the injuries and damages set forth in this Complaint.

15. Said violations of §§402(a) and (b), where the legal and proximate cause of the injuries sustained by, Plaintiff, Darlene Smith, as more specifically set forth herein below.

16. Said violations of §§402(a) and (b), where the legal and proximate cause of the damages suffered presently and will continue into the future by, Plaintiff, Gary Smith, as follows:

    a. Loss of the services of his Wife, Plaintiff, Darlene Smith;

    b. Loss of the society of his Wife, Plaintiff, Darlene Smith;

    c. Loss of consortium with his Wife, Plaintiff, Darlene Smith; and

    d. Lost ability to depend on his Wife for all transportation needs (i.e, employment, groceries, healthcare provider appointments, etc)., of their family; such need existing due to Husband Plaintiff, Gary Smith's advanced age.

17. In said accident of September 15, 2008, Plaintiff Darlene Smith sustained cervical fractures at C6 and C7, which required surgical fusion thereof. She also sustained torn ligaments in her back, nerve damage to her right arm and hand, torn ligaments, and injuries to her knees, all of which caused her to be hospitalized, undergo surgery, suffer from post-traumatic stress syndrome, loss of sleep, nightmares, physical pain, mental suffering and anxiety, loss of wages from employment and loss of the enjoyment of life's pleasures in the past, present and into the future.

18. As a result of the aforesaid accident, Plaintiff Darlene Smith has incurred medical bills in excess of Fifty Five Thousand Dollars ($55,000.00).

WHEREFORE, Plaintiffs demand compensatory damages from the Defendant in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with interest and costs of suit.

**A JURY TRIAL IS DEMANDED.**

## COUNT II - BREACH OF WARRANTY

### *DARLENE SMITH and GARY SMITH, her Husband*
### *v.*
### *BRIDGESTONE RETAIL OPERATIONS, LLC t/d/b/a*
### *FIRESTONE COMPLETE AUTO CARE*

19. Plaintiffs incorporate by reference thereto all of the allegations contained in paragraphs one (1) through eighteen (18) inclusive to the same force and effect as if the same were set forth herein at length.

20. Defendant represented and warranted to the ultimate users and consumers of its tires, that they were fit for the purpose for which they were intended.

21. In addition, Defendant also warranted that said tires were of a merchantable quality and safe for use.

22. Defendant breached its implied warranties of fitness for a particular purpose, merchantability, as well as express warranties that their tires are safe for use on Plaintiff's automobile.

23. The personal injuries sustained by Plaintiffs were the direct and proximal result of Defendant's breach of said warranties.

WHEREFORE, Plaintiffs demand compensatory damages from the Defendant in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with interest and costs of suit.

**A JURY TRIAL IS DEMANDED.**

## COUNT III - NEGLIGENCE

### *DARLENE SMITH and GARY SMITH, her Husband*
### *v.*
### *BRIDGESTONE RETAIL OPERATIONS, LLC t/d/b/a*
### *FIRESTONE COMPLETE AUTO CARE*

24. Plaintiffs incorporate by reference thereto all of the allegations contained in paragraphs one (1) through twenty-three (23), inclusive to the same force and effect as if the same were set forth herein at length.

25. Defendant also failed to take into consideration the failure of its left rear tire and to identify and analyze its risks and hazards; and the predictability of the failure of its right rear tire only two and one-half months thereafter.

26. The Defendant Bridgestone Retail Operations, LLC t/d/b/a Firestone Complete Auto Care acted in a careless, reckless, dangerous, and negligent manner as set forth herein above, thereby causing Plaintiffs' injuries and damages and in violating the laws, regulations and standards of the United States of America and the Commonwealth of Pennsylvania.

WHEREFORE, Plaintiffs claim compensatory damages of Defendant in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with interest and costs of suit.

**A JURY TRIAL IS DEMANDED.**

Respectfully submitted,

_____
Henry H. Wallace
Attorney at Law

436 Blvd. Of the Allies, Suite 500
Pittsburgh, PA 15219
(412) 391-6666

PA I.D. #: 1077

_____
Nathaniel B. Smith, Esquire
Stoehr & Smith, LLC
Allegheny Professional Centre
1798 Plank Road, Suite 304
Duncansville, PA 16635

PA I.D. #: 34277

```
117848                        ALTOONA                    03 CHRISTOPHER
01/05/2008                  901 SIERRA DR                   814.944.4311
                           ALTOONA, PA. 16601
Re-Printed on  09/23/2008 10:33 AM    DUPLICATE INVOICE
```

SMITH, DARLENE                       2005 CHEVROLET IMPALA [BLUE]
RR 2                                 V6-201  3.4L OHV
BOX 138                              Lic #: GMX1326  PA   Vin #:
MARTINSBURG, PA  16662-9655          In:  01/05/08  12:37PM   Mileage: 91,587
814.614.4092 Or 814.215.6166         Out: 01/05/08   1:42PM

Store # 019046                    RETAIL SALE

| Description | Article Number | ID | Qty | Unit Price | Extended Price | Job Total |
|---|---|---|---|---|---|---|
| **FIRESTONE TIRE PACKAGE** | | 03 | | | | 227.74 |
| 062008 FR380 BL P225/60R16 97S 55,000 Mile Limited Warranty | 062008 | 09TN | 2 | 84.99 | 169.98 | |
| DOT# E2X038B3307 | | | | | | |
| DOT# E2X038B4007 | | | | | | |
| TIRE FEE | 7017671 | 09NN | 2 | 1.00 | 2.00 | |
| NEW TIRE WHEEL BALANCE PARTS | 7018708 | 09TN | 2 | 1.09 | 2.18 | |
| NEW TIRE WHEEL BALANCE LABOR | 7018716 | 09TS | 2 | 9.90 | 19.80 | |
| NEW RUBBER VALVE STEM | 7007902 | 09TN | 2 | 1.99 | 3.98 | |
| 7059005 PROTECT TIRE REPAIR & REPLACEMENT PLAN | 7059005 | 09TN | 2 | 11.90 | 23.80 | |
| TIRE DISPOSAL FEE (1) | 7075078 | 09TN | 2 | 3.00 | 6.00 | |
| TIRE INSTALLATION | 7015016 | 09TS | 2 | N/C | N/C | |
| **TIRE ROTATION** | | 03 | | | | 10.00 |
| TIRE ROTATION | 7015032 | 09TS | 2 | 5.00 | 10.00 | |
| **ALIGNMENT SERVICE** | | 03 | | | | 69.99 |
| Symptom:- | | | | | | |
| ALIGNMENT SERVICE | 7004578 | 09TS | 1 | 69.99 | 69.99 | |
| **INSPECTION** | | | | | | |
| FROM PRIOR INSPECTION | | | | | | |

Technician(s):
  09  ROBERT MCNALLY

Payment History:
  Visa         8395        332.43    030120
Total Tendered             332.43

Summary:
Parts            199.94
Labor            107.79
Shop Supplies      5.99
Sub-Total        313.72
Tax (6.00%)       18.71

Total          $332.43

I have received the above goods and/or services. If this is a credit card purchase, I agree to pay and comply with my cardholder agreement with the issuer.

                                                          Rev
                  Revision History:                   Amt  Init
_____  01/05/2008 01:12PM IN PERSON SMITH, DARLENE   78.64 ____
Customer Signature

____ Initial here to indicate you have received the
     Tire Maintenance Warranty Book.

All parts are new unless otherwise specified.



See reverse side for Warranty Information

Page 1 of 2                                                Inv1 08070

```
124812                          ALTOONA                              
06/30/2008                    181 SIERRA DR                814.944.4311
```

```
124812                          ALTOONA
06/30/2008                    181 SIERRA DR                814.944.4311
                            ALTOONA, PA. 16601
Re-Printed on   09/23/2008 10:33 AM      DUPLICATE INVOICE
```

**SMITH, DARLENE**  
RR 2  
BOX 138  
MARTINSBURG, PA   16662-9655  
814.614.4092 Or 814.215.6166  

2005 CHEVROLET IMPALA [BLUE]  
V6-201  3.4L OHV  
Lic #: GMX1326  PA   Vin #:  
In:  06/30/08   9:49AM    Mileage:  104,891  
Out: 06/30/08  10:42AM  

Store # 019046                     **RETAIL SALE**

| Description | Article Number | ID | Qty | Unit Price | Extended Price | Job Total |
|---|---|---|---|---|---|---|
| PROTECT PLAN NO CHARGE REPAIR | | 01 | | | | |
|   LEFT REAR | | | | | | |
|   ROAD HAZARD FLAT REPAIR | 7001123 | 09TS | 1 | N/C | N/C | |
| STANDARD 5W30 OIL CHANGE - UP TO 5 QUARTS | | 01 | | | | 25.49 |
|   OIL CHANGE LABOR | 7029718 | 09TS | 1 | 9.00 | 9.00 | |
|   TF47 OIL FILTER | 7058122 | 09TN | 1 | 3.99 | 3.99 | |
|   USED FILTER RECYCLING CHARGE | 7075051 | 09TN | 1 | 2.50 | 2.50 | |
|   5W30 GT-1 SYNTHETIC BLEND OIL | 7029734 | 09TN | 5 | 2.00 | 10.00 | |
| INSPECTION | | | | | | |
|   CUSTOMER REQUESTED NO INSPECTION | | | | | | |

**Technician(s):**  
09  ROBERT MCNALLY  

**Payment History:**  

| | | | |
|---|---|---|---|
| Visa | 0385 | 27.02 | 084151 |
| Total Tendered | | 27.02 | |

**Summary:**

| | |
|---|---:|
| Parts | 13.99 |
| Labor | 11.50 |
| Shop Supplies | 0.00 |
| Sub-Total | 25.49 |
| Tax (6.00%) | 1.53 |
| Total | $27.02 |

I have received the above goods and/or services. If this is a credit card purchase, I agree to pay and comply with my cardholder agreement with the issuer.

_____  
Customer Signature  

All parts are new unless otherwise specified.

**Revision History:**                                                     Rev Amt  Init  
06/30/2008  10:24AM  IN PERSON SMITH, DARLENE                   27.02 ____

_____  
Signature or Initials

I acknowledge notice and oral approval of an increase in the original estimated price.


PLAINTIFF'S EXHIBIT "B"

**TELL US ABOUT YOUR EXPERIENCE AND RECEIVE $10 OFF YOUR NEXT PURCHASE OF $25 OR MORE!**  
   1) For a short survey Call 1-800-859-9203 or logon to www.FirestoneSurvey.com; enter code 019046-124812;  
   2) Write redemption code here: _____. Offer expires 6 months from date of invoice, good at all participating locations.  
   Must have valid redemption code. May not be combined with any other offer or to reduce existing debt. No copies accepted.

COMMITTED TO PROVIDING A POSITIVE CUSTOMER EXPERIENCE  
See reverse side for Warranty Information  

Page 1 of 1          FIRESTONE COMPLETE AUTO CARE LASER · 9 48-11-803-8 8  REV. 10/06          Inv1 080702

## VERIFICATION

I am the Plaintiff in this matter and am represented by counsel. I have furnished to my counsel factual information upon which the foregoing is based. To the extent that it is based on the factual information provided to counsel, I verify that those facts are true and correct to the best of my knowledge, information and belief. However, the language is that of counsel and, to the extent that it goes beyond the factual information which I have provided to counsel, I have relied upon counsel in making this verification.

I understand that false statements herein are made subject to the penalties of 18. Pa. C.S.A. Section 4904, relating to unsworn falsification to authorities.

Date: 8/25/10

*Darlene Smith*